

ATTORNEYS AT LAW
777 E. WISCONSIN AVE
MILWAUKEE, WI 53201
414.271.2400 TEL
414.297.5800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
414.297.5573
mchester@foley.com EMAIL

CLIENT/MATTER NUMBER
115264-0101

April 26, 2021

**VIA ECF**

Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re: *Holborn Corp. v. Sawgrass Mutual Insurance Co.*
           No. 1:16-cv-09147-AJN

Dear Judge Nathan:

      We represent Plaintiff Holborn Corporation ("Holborn") in the above-captioned action and submit this letter jointly with counsel for Defendant Sawgrass Mutual Insurance Company ("Sawgrass") to provide a status update. On March 26, 2021, Florida's First District Court of Appeal issued Mandates in appeals Nos. 1D18-5315 and 1D18-5316 following affirmance of the Order of the Florida Circuit Court for the Second Judicial Circuit, Leon County ("Receivership Court"), which appointed the Florida Department of Financial Services ("FDFS") as the Receiver of Sawgrass and gave FDFS jurisdiction over Sawgrass.

      Following issuance of the Mandates, Holborn and FDFS have negotiated a settlement agreement for the resolution of the above-captioned action, and are awaiting exchange of signatures on the same and approval by the Receivership Court, at which point the parties will file a Stipulation for Dismissal of the above-captioned action. The parties will provide the Court with another status update in 30 days if the Stipulation for Dismissal is not filed by then.

      The parties thank the Court for its attention to this matter. If the Court has any questions, counsel for the parties are available for a telephonic conference at the Court's convenience.

      Respectfully submitted,

      */s/ Max B. Chester*

      Max B. Chester



April 26, 2021
Page 2


cc: Jordan Scott Kosches, Esq. (via ECF)
    Florida Department of Financial Services (via e-mail)